IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: 5:14-CR-26-MTT |
| vs. | : | VIOLATION: 7 U.S.C. § 136j(A)(2)(G) |
| | : | 16 U.S.C. § 703 |
| WILLIAM FRANKLIN | : | INFORMATION |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
### USE OF REGISTERED PESTICIDE INCONSISTENT WITH LABELING

That on or about July 12, 2012, in the Macon Division of the Middle District of Georgia, the defendant,

**WILLIAM FRANKLIN,**

did unlawfully apply a restricted use pesticide, to wit: Thimet, in a manner inconsistent to its labeling, in violation of Title 7, United States Code, Section 136j(A)(2)(G).

### COUNT TWO
### UNLAWFULLY TAKING MIGRATORY BIRDS

That on or about July 12, 2012, in the Macon Division of the Middle District of Georgia, the defendant,

**WILLIAM FRANKLIN,**

did unlawfully take migratory birds, to wit: seventeen vultures, in violation of Title 16, United States Code, Section 703.

MICHAEL J. MOORE
UNITED STATES ATTORNEY

BY: _____
JULIA C. BOWEN
GEORGIA BAR NUMBER 046709
ASSISTANT UNITED STATES ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
P.O. BOX 1702
MACON, GEORGIA 31202
TELEPHONE: (478) 752-3511
FACSIMILE: (478) 621-2655